66 A.3d 761

**Reginald HOBSON, Petitioner**

**v.**

**DEPARTMENT OF CORRECTIONS and PA. Board of Probation and Parole, Respondents.**

**No. 31 EM 2013.**

Supreme Court of Pennsylvania.

May 3, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2013, the "Notice for Hearing or: Notice of Appeal" and "Motion for Default Judgment" are **DENIED.**